## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 578 MAL 2018 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| ANTHONY J. DIVALENTINO, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 579 MAL 2018 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| ANTHONY J. DIVALENTINO, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 13th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.